UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,         )
                                      )
            Plaintiff,                )
                                      )
v.                                    )
                                      )
JEFFREY A. SAMUELS,                   )
                                      )
            Defendant.                )
_____)

APPLICATION AND MEMORANDUM OF LAW OF THE UNTIED STATES
TO ENTER PREMISES TO EFFECT LEVY

COMES NOW the United States, on the basis of the affidavit of Revenue Officer C. Miller, and respectfully requests this Court to issue an order authorizing the revenue officer, and/or such other designated employee of the Internal Revenue Service as may be designated by the Internal Revenue Service, to enter the residential property and/or the garage attached to the residential property located at 2541 Northeast 35th Street, Lighthouse Point, Florida 33064, for the purpose of seizing property of Jeffrey A. Samuels, including but not limited to: A Red 2007 Chevrolet Corvette Convertible (VIN #1G1YY36U675111603) and a Gold/Brown 2001 BMW Z3 Convertible (VIN #WBACN33401LM00376).

IN SUPPORT OF said application, the United States respectfully directs the Court's attention to the case of <u>G.M. Leasing Corp. v. United States</u>, 429 U.S. 338 (1977), where the Supreme Court required the Internal Revenue Service to obtain a Court order, under the Fourth Amendment to the United States Constitution, prior to entering private premises to execute a levy pursuant to 26 U.S.C. Section 6331.  See also, <u>In re Carlson</u>, 580 F.2d 1365 (10th Cir. 1978).

Please note, however, that this authority and the cases following it require the Court order solely to obtain lawful entry onto private premises.  The order is not required, nor does it give the Government authority, to levy upon private property and seize it in payment of delinquent taxes.  The Internal Revenue Service already has the statutory authority for levy and distraint, pursuant to 26 U.S.C. Section 6331.

WHEREFORE, the United States respectfully requests this Honorable Court grant its application to enter the premises to effect a levy.

                              Respectfully submitted,

                              WIFREDO A. FERRER
                              United States Attorney

                   By:  *s/Marilynn K. Lindsey*
                              MARILYNN K. LINDSEY
                              Assistant United States Attorney
                              Fla. Bar. No. 230057
                              500 East Broward Boulevard
                              Seventh Floor
                              Fort Lauderdale, Florida 33394