UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-mc-60740

THE UNITED STATES OF AMERICA,    )
                                 )
            Plaintiff,           )
                                 )
v.                               )
                                 )
JEFFREY A. SAMUELS,              )
                                 )
            Defendant.           )
_____)

ORDER FOR ENTRY ON PREMISES
TO EFFECT LEVY

The United States, having filed an application requesting authorization for Revenue Officer C. Miller and/or other designated employees of the Internal Revenue Service, to enter the residential property and/or the garage attached to the residential property at 2541 Northeast 35th Street, Lighthouse Point, Florida 33064, in order to search and seize property of the taxpayer in satisfaction, in whole or in part, of unpaid federal taxes, together with the declaration of Revenue Officer C. Miller in support of the application and the Court finding, on the basis of the declaration, that there is probable cause to believe that property or rights to property, belonging to Jeffrey A. Samuels, which is subject to levy by the United States,

pursuant to Section 6331 of the Internal Revenue Code of 1986, is located on or within the premises described, it is

ORDERED that Revenue Officer C. Miller and/or other designated employees of the Internal Revenue Service are authorized to enter the premises described and to make such search as is necessary in order to levy and seize, pursuant to 26 U.S.C. Section 6331. In making this search and seizure, however, such revenue officer and/or other designated employees of the Internal Revenue Service are directed to enter the premises during regular daytime hours and within ten (10) days of this order. The officer executing this Order shall make a return to the Court.

SO ORDERED, this \_\_\_\_27th\_\_\_\_ day of APRIL, 2012.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE